

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2014

No. 04-14-00764-CV

Ronald **GUTIERREZ**, individually, R.G.& C. Automotive, Inc., and G&C Total Care, Inc.,
Appellants

v.

Joceline **NOLLKAMPER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13097
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

A filing fee of $195.00 was due from appellants Ronald Gutierrez Individually, R.G. & C. Automotive, Inc., and G&C Total Care, Inc. when this appeal was filed but it was not paid. *See* TEX. GOV'T CODE ANN. § 51.941(a) (West 2013); *id.* §§ 51.0051, 51.207(b)(1), 51.208 (West 2013); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified appellants of this deficiency in a letter dated October 31, 2014. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides

> A party who is not excused by statute or these rules from paying costs must pay –
> at the time an item is presented for filing – whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **order** appellants, **not later than December 5, 2014** to either (1) pay the applicable filing fee or (2) provide written proof to this court that they are excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellants fail to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_____

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2014.

_____

Keith E. Hottle

Clerk of Court